**Richard COX, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2013–3186.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

Richard Cox, Clinton, TN, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Department of Justice, Washington, DC, for Respondent.

### ORDER

Richard Cox informs the court that he withdraws his petition for review of an initial decision of the Merit Systems Protection Board and that he seeks to proceed with his petition for review in this court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cox's informal brief is due no later than 21 days from the date of this order.

(2) Cox must promptly move to dismiss his petition before the Board if he has not already done so.